Robinson v. The Chicago, Rock Island & Pacific R'y Co.

*3. ———: proof of filed statement: admission.*

AFFIRMED.

ROBINSON v. THE CHICAGO, ROCK ISLAND & PACIFIC R'Y Co

1. **Continuance:** GRANTED WITHOUT GOOD CAUSE: COSTS. Where a party asks and procures an order for a continuance upon an insufficient showing, and the order is accompanied with an order for the costs to be taxed to him, he cannot accept of the continuance, and afterwards complain of the order as to the costs. [REED, J., *dissenting.*]

*Appeal from Appanoose Circuit Court.*

FRIDAY, DECEMBER 16.

ACTION for a personal injury to the plaintiff's intestate. The plaintiff, at the term at which the case should have been tried, amended his petition. Thereupon the defendant applied for a continuance on the ground that, after the issue had been changed by the amendment, it was not prepared to go to trial. The court granted the continuance, but ordered that the costs be taxed to the defendant. From this order in respect to costs the defendant appeals.

*T. S. Wright* and *Tannehill, Vermillion & Haynes*, for appellant.

*T. M. Fee*, for appellee.

ADAMS, CH. J.—We do not think that the issue was so changed as to call for evidence different from that apparently called for under the original issue. It appears to us, there-

fore, that the continuance was unnecessary. The defendant then might have protected itself by waiving the order for a continuance, after seeing that it was accompanied by the order for the payment of costs. After accepting the unnecessary order for a continuance, accompanied by the order for the payment of costs, we do not think that it should be heard to complain of the latter order. AFFIRMED.

REED, J., dissenting.